170 A.3d 949

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RENEE D. EDWARDS, A/K/A RENE C. EDWARDS, WILLIE DALLAS, WILLIE DALLZ, AND WILLIE DALIZ, DEFENDANT-PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003630-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.